United States District Court
Southern District of Texas
**ENTERED**
August 01, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ROLANDO REYES, JR., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:22-CV-114 |
| | § | |
| JOHNNY CAGLE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is the plaintiff Rolando Reyes' motion to strike the City of Lake Jackson's motion to dismiss. Dkt. 9. Reyes argues the motion should be stricken because Lake Jackson failed to comply with Local Rule 6 in that it did not confer with the plaintiff about its 12(b)(6) motion, did not send a letter to the plaintiff, and did not include a certificate of conference stating that it complied with the Rule.

Local Rule 6 already contemplates such an occurrence: "If a party does not follow this rule before filing amotion to dismiss, the court will *sua sponte* grant an opportunity to amend." Galveston District Court Rules of Practice. Accordingly, Reyes' motion is **DENIED**. The plaintiff has 14 days from the date of this order to amend his complaint, if so desired.

Signed on Galveston Island this 1st day of August, 2022.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE