UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ROLANDO REYES, JR., | § | |
| *Plaintiff*, | § | |
| | § | |
| VS. | § | CASE NO. 3:22-CV-114 |
| | § | JURY DEMANDED |
| JOHNNY CAGLE, OFFICER O. | § | |
| MENDOZA, OFFICER JOHN DOE and | § | |
| CITY OF LAKE JACKSON, | § | |
| *Defendants*. | § | |

### DEFENDANTS CAGLE AND MENDOZA'S
### NOTICE OF WITHDRAWAL OF MOTION

Please take notice that, Defendants, Johnny Cagle ("Cagle") and Oscar Mendoza

("Mendoza") (collectively, "Officer Defendants"), hereby withdraw their Unopposed Motion

(Dkt. 22) to extend the time for Officer Defendants to file an answer to Plaintiff's first

amended complaint. On August 24, 2022, Plaintiff filed a Second Amended Complaint (Dkt

23), which supercedes the First Amended Complaint and renders Defendants' obligation to

answer it moot. Defendants intend now to answer the Second Amended Complaint by the due

date.

Respectfully submitted,

VIADA & STRAYER

By:  /s/ **Ramón G. Viada III**
Ramón G. Viada III
State Bar No. 20559350
rayviada@viadastrayer.com
17 Swallow Tail Court
The Woodlands, Texas 77381
281-419-6338

COUNSEL FOR DEFENDANTS
JOHNY CAGLE AND OSCAR MENDOZA

## <u>CERTIFICATE OF SERVICE</u>

I certify that all counsel of record have been served a true and correct copy of this document by electronic submission for filing and service through the Electronic Case Files System of the Eastern District of Texas on August 24, 2022.


/s/ ***Ramón G. Viada III***
Ramón G. Viada III

2