# United States District Court Southern District of Texas

## Case Number: 3:22-cv-00114

## ATTACHMENT

Description:

☐ State Court Record          ☐ State Court Record Continued

☐ Administrative Record

☐ Document continued - Part _____ of _____

☒ Exhibit  (1) flash drive containing video exhibits to DKT 31.
            Placed in an expandable folder on clerk's shelf.

☐ Other: _____

**VIADA & STRAYER**
ATTORNEYS AT LAW
17 Swallow Tail Court
THE WOODLANDS, TEXAS 77381

**JENNIFER R. HOLLOWAY**
PARALEGAL

DIRECT (713) 825-3684
MAIN (281) 419-6338
E-MAIL: jholloway@viadastrayer.com

December 28, 2022

United States Courts
Southern District of Texas
FILED

DEC 30 2022

Nathan Ochsner, Clerk of Court

*Via Federal Express*
Mr. Nathan Ochsner, Clerk of Court
U.S. Southern District of Texas, Galveston Div.
601 Rosenberg Street, Room 411
Galveston, Texas 77550

Re: No. 3:22-cv-114; *Rolando Reyes, Jr. vs. Johnny Cagle, Officer Oscar Mendoza, Officer John Doe, and City of Lake Jackson*, in the U.S. District Court for the Southern District of Texas, Galveston Division

Dear Mr. Oschner:

Enclosed for filing in above-referenced lawsuit is a Flash Drive containing the below listed **Non-Documentary Exhibits** to the Motion for Summary Judgment of Defendants Cagle and Mendoza, **Docket No. 31**, which was electronically filed with the Court on December 28, 2022:

**Exhibit 4.**  Body Cam Video of Officer Johnny Cagle (Dkt 31-4);

**Exhibit 5.**  Body Cam Video of Officer Oscar Mendoza (Dkt 31-5);

**Exhibit 9.**  Cell Phone Video of April Vaughn (Dkt 31-9);

**Exhibit 10.**  Cell Phone Video of Yifan Wang (Dkt 31-10); and

**Exhibit 12.**  Cell Phone Video of Rolando Reyes, Jr. (Dkt 31-12).

Please do not hesitate to contact me if you need additional information or if I may be of any assistance.

Very truly yours,

*Jennifer R. Holloway*

Jennifer R. Holloway
*Paralegal*

cc: *Via Email & DropBox Link*
Mr. Brandon G. Grable
Grable Grimshaw PLLC
1603 Babcock Rd., Suite 280
San Antonio, Texas 78229
ATTORNEY FOR PLAINTIFF

Mr. Nathan Ochsner, Clerk of Court
December 28, 2022
Page 2

cc:    ***Via Email & DropBox Link***
      Mr. Joseph Callier
      Callier Law Group PLLC
      4900 Woodway, Suite 700
      Houston, Texas 77056
      ATTORNEY FOR DEFENDANT
      CITY OF LAKE JACKSON