# United States District Court Southern District of Texas

## Case Number: _3:22-cv-00114_

## ATTACHMENT

Description:

☐ State Court Record          ☐ State Court Record Continued

☐ Administrative Record

☐ Document continued - Part _____ of _____

☒ Exhibit _(1) USB containing video exhibits 8 and 9 to DKT 37._
Placed in an expandable folder on the clerk's shelf.
☐ Other: _____

GRABLE
GRIMSHAW
PLLC

January 20, 2023

United States Courts
Southern District of Texas
F I L E D

FEB - 1 2023

Nathan Ochsner, Clerk of Court

**VIA CMRRR: 9414 7112 0620 3553 2499 98**
U.S. Clerk's Office
Southern District of Texas, Galveston Div.
ATTN: Nathan Ochsner, Clerk of Court
601 Rosenburg, Room 411
Galveston, Texas 77550

**RE**: No. 3:22-CV-00114, *Rolando Reyes, Jr. v. Johnny Cagle, Officer Oscar Mendoza, Officer John Doe, and City of Lake Jackson,* filed in the United States District Court, Southern District of Texas, Galveston Division.

Dear Honorable Clerk of Court:

Please see enclosed for filing in the above-entitled matter is the flash drives (1) containing the below listed **Non-documentary Exhibits** electronically filed with the Court on January 20, 2023, in *Plaintiffs' Response to Defendants' Motion for Summary Judgment. See* **Dkt. No. 37.**

The exhibits are as follows:

1. **Exhibit 8** – BWC of Corp. Randal Ryan (Dkt 37 – 1, A-93);

2. **Exhibit 9** – BWC of Sgt. Justin Nestrsta (Dkt 37 – 1, A-94).

If you have any questions or concerns please reach out to our office for additional information or assistance. Thank you for your attention to this matter.

Respectfully Submitted,

Brandon J. Grable

cc:     **Via Email & Box Link**
        Mr. Joseph Callier
        Callier Law Group PLLC

<u>callier@callierlawgrouppllc.com</u>

**cc:**     **Via Email & Box Link**
Ray Viada, III
Viada & Strayer
<u>rayviada@viadastrayer.com</u>