United States District Court
Southern District of Texas
**ENTERED**
April 27, 2023
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE <u>SAM SHELDON</u>  PRESIDING
DATE: <u>April 26, 2023</u>
COURT REPORTER: \_\_\_\_\_
MORNING: <u>4.5 hours</u>\_\_\_\_    AFTERNOON: _____ \_\_
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIVIL  NO. 3:22cv114

| | |
|---|---|
| Rolando Reyes, Jr. | Brandon Jay Grable |
| Plaintiff | |
| v. | |
| Officer Johnny Cagle, et al | Ramon G. Viada, III<br>Joseph Alan Callier |
| Defendants | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
<u>MINUTE ENTRY ORDER</u>: <u>The Court conducted a Settlement Conference on April 26, 2023.</u>

<u>The Court made a mediator's proposal that will expire on May 10, 2023.</u>

SIGNED in Houston, Texas, this <u>27</u>th day of April, 2023.

_____
Sam Sheldon
United States Magistrate Judge