United States District Court
Southern District of Texas
**ENTERED**
May 11, 2023
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE SAM SHELDON  PRESIDING
DATE: May 11, 2023
COURT REPORTER: ERO
MORNING: 11:07-11:10 AM     AFTERNOON: _____

*************************************************************************

CIVIL NO. 3:22cv114

| | |
|---|---|
| Rolando Reyes, Jr. | Brandon Jay Grable |
| Plaintiff | |
| v. | |
| Officer Johnny Cagle, et al | Ramon G. Viada, III<br>Joseph Alan Callier |
| Defendants | |

*************************************************************************

MINUTE ENTRY ORDER:

The parties accepted the Court's proposal to settle the case in its entirety. The Court held a hearing and the parties placed the material settlement terms on the record.

SIGNED in Houston, Texas, this 11th   day of May, 2023.

_____
Sam Sheldon
United States Magistrate Judge